# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 9, 2006*

[Cite as *06/09/2006 Case Announcements*, 2006-Ohio-2870.]

## MERIT DECISIONS WITHOUT OPINIONS

2006–0104.   C.R. Green, L.P. v. Mayfield Hts.
Cuyahoga App. No. 85853, 2005-Ohio-6359. On appellant's motion to clarify the court's order of April 26, 2006, and appellee's motion to dismiss the appeal. Motion to dismiss granted. Cause dismissed. Motion to clarify denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2006–0989.   State ex rel. Brown v. Bernard.
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relator's motion to expedite a ruling on the issuance of an alternative writ of prohibition,
IT IS ORDERED by the court that the motion is denied.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1038.   State ex rel. Boccuzzi v. Cuyahoga Cty. Commrs.
Cuyahoga App. No. 86333, 2006-Ohio-1835.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 13, 2006*

[Cite as *06/13/2006 Case Announcements*, 2006-Ohio-2949.]

## MOTION AND PROCEDURAL RULINGS

2006–1019.   Lipford v. Corrigan.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion to expedite and for emergency review and motion for stay of proceedings in lower court and to advance matter on the court's docket,
IT IS ORDERED by the court that the motions are denied.
PFEIFER, J., dissents.
LANZINGER, J., not participating.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

1500

**2006–0569.  State ex rel. Kelsey–Hayes Co. v. Heinlen.**
Franklin App. No. 05AP–360, 2006-Ohio-428.